■ THE PEOPLE OF THE STATE OF NEW YORK, v ANTONIO MATOS, Respondent.—Appeal by the People from an order of the Supreme Court, Queens County (Chetta, J.), dated May 18, 1984, which, after a hearing, granted the defendant's motion to suppress physical evidence, i.e., a gun.

Order affirmed.

Under the circumstances herein, Criminal Term properly granted the defendant's motion to suppress the gun found on his person. Lazer, J. P., Mangano, Bracken and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS J. McGOWAN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Nelson, J.), imposed January 14, 1986.

Sentence affirmed. No opinion. The case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Mangano, Brown and Kunzeman, JJ., concur.